UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CARTER, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WILLARD L. JACKSON, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-01775-NODJ-SAB<br><br>ORDER DENYING *PRO SE* DEFENDANT'S MOTION TO ELECTRONICALLY FILE DOCUMENTS WITHOUT PREJUDICE<br><br>(ECF No. 10) |

　　　　Plaintiff filed the complaint in this action on December 27, 2023. (ECF No. 1.) Plaintiff has since filed two amended complaints. (ECF No. 4, 6.) On February 12, 2024, Defendant Vincent Petrescu, proceeding pro se, filed an answer to Plaintiff's second amended complaint. (ECF No. 7.) The Court is unaware as to the status of the remaining Defendants in this action as Plaintiff has not filed any proofs of service as required by the order issued by this Court on December 27, 2023 (ECF No. 3 at 1) and no other Defendant has filed a responsive pleading.

　　　　Currently before the Court is Defendant's motion to file documents electronically. (ECF No. 10.) Defendant contends he is familiar with the process of filing documents electronically and the ability to electronically filed documents would increase efficiency and expedite the processing of filings in this case. (Id. at 1.)

///

1

The Local Rules generally require pro se parties to file and serve paper documents. See E.D. Cal. Local Rule 133(a).  The Court's electronic filing system (CM/ECF) requires attorneys to adhere to electronic procedures in the Court's Local Rules to file documents electronically.  L.R. 133(a). Persons appearing pro se are specifically prohibited from utilizing electronic filing "except with the permission of the assigned Judge or Magistrate Judge."  L.R. 133(b)(2).  A request by a person appearing pro se "shall be submitted as stipulations as provided in L.R. 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception."  L.R. 133(b)(3).  It is within the Court's discretion to grant or deny such a request. Reddy v. Precyse Solutions LLC, 2013 WL 2603413, at *3 (E.D. Cal. June 11, 2013).

Defendant's motion fails to address whether Defendant attempted and was unable to obtain a stipulation from the Plaintiff, the only appearing party thus far in this case.  Because the motion fails to comply with the Local Rules in requesting an exemption from conventional filing, Defendant's motion is denied without prejudice.  Defendant may seek a stipulation from Plaintiff or, alternatively, address his motion at the initial scheduling conference currently set for April 9, 2024 at 9:30 a.m. in Courtroom 9.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to access the Court's electronic case filing is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **March 8, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

2