# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLARD L. JACKSON, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01775-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT<br><br>**SEVEN DAY DEADLINE** |

　　　　Plaintiff initiated this class action on December 27, 2023 against Defendants Willard L. Jackson, Nicole T. Birch, Vicent Petrescu, 420 Real Estate, LLC, Trucrowd Inc., Transatlantic Real Estate, LLC, and Bangi Inc.  (ECF No. 1.)  Plaintiff has filed proofs of service of two of eight Defendants:  Vincent Petrescu (ECF No. 12 at 1-4, 13) and Trucrowd, Inc. (ECF No. 12-1 at 1-3.)  Defendant Petrescu has filed an answer to Plaintiff's complaint.  (ECF No. 52.)  On June 3, 2024, Plaintiff obtained a clerk's entry of default under Federal Rule of Civil Procedure 55(a) against Defendant Trucrowd, Inc.  (ECF No. 47.)

　　　　On May 23, 2024, the Court denied Plaintiff's motion to serve by publication without prejudice for failure to show that a cause of action exists against Jackson, Shumake, Birch, 420 Real Estate, LLC., Transatlantic Real Estate, LLC, or BANGI, Inc. ("Unserved Defendants") or that reasonably diligent efforts have been expended to locate and serve each Unserved Defendant.  (ECF No. 40.)  The Court granted Plaintiff a sixty-day extension of time to complete service on the Unserved Defendants.  (Id.)  In granting the extension, the Court required that any renewed motion for service by publication be filed within the sixty-day extension of time.  (Id. at

40.) No renewed motion for service by publication has been filed and the time by which Plaintiff was ordered to do so has passed. Plaintiff has not filed proof of service of any of the six Unserved Defendants. A scheduling conference is currently set for August 13, 2024.

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the initial scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . .[and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 3 at 1.) "Failure to timely serve the summons and complaint may result in the imposition of sanctions, including dismissal of unserved defendants." (Id. at 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within **seven (7) days of entry of this order**, Plaintiff shall file a status report addressing whether Defendants Willard L. Jackson, Nicole T. Birch, 420 Real Estate, LLC, Transatlantic Real Estate, LLC, Bangi Inc., and Robert S. Shumake have been served or shall be dismissed from this action; and

2. Failure to comply with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **July 25, 2024**

_____
UNITED STATES MAGISTRATE JUDGE