# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CARTER,<br><br>    Plaintiff,<br><br>v.<br><br>WILLARD L. JACKSON, et al.,<br><br>    Defendants. | Case No.  1:23-cv-01775-KES-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS WILLARD L. JACKSON; NICOLE T BIRCH; 420 REAL ESTATE, LLC; TRANSATLANTIC REAL ESTATE, LLC; BANGI INC.; ROBERT S. SHUMAKE AS PARTIES IN THIS ACTION<br><br>(ECF No. 54) |

On August 1, 2024, Plaintiff filed a notice of dismissal of Defendants (1) Willard L. Jackson; (2) Nicole T Birch; (3) 420 Real Estate, LLC; (4) Transatlantic Real Estate, LLC; (5) Bangi Inc.; and (6) Robert S. Shumake without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (ECF No. 7.)  Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants…through a Rule 41(a)(1) notice.")).

Willard L. Jackson; Nicole T Birch; 420 Real Estate, LLC; Transatlantic Real Estate, LLC; Bangi Inc.; nor Robert S. Shumake have filed an answer or a motion for summary judgment in this action.  Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a

court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants (1) Willard L. Jackson; (2) Nicole T Birch; (3) 420 Real Estate, LLC; (4) Transatlantic Real Estate, LLC; (5) Bangi Inc.; and (6) Robert S. Shumake as defendants in this action.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

UNITED STATES MAGISTRATE JUDGE

2