# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICENT PETRESCU, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-01775-KES-SAB<br><br>ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 56)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Jeffrey Carter filed this action against Willard L. Jackson, Nicole T. Birch, Vicent Petrescu, 420 Real Estate, LLC, Trucrowd Inc., Transatlantic Real Estate, LLC, Bangi Inc., and Robert S. Shumake on December 27, 2023. (ECF No. 1.) On February 12, 2024, Defendant Petrescu filed an answer to the complaint. (ECF No. 7.) On June 2, 2024, at Plaintiff's request, the Clerk of the Court entered default against Defendant Tucrowd Inc. (ECF No. 46, 47.) On July 23, 2024, Defendant Petresco filed an amended answer. (ECF No. 52.) On August 1, 2024, Plaintiff filed a notice of voluntary dismissal as to Defendants against Jackson, Birch, 420 Real Estate, LLC, Transatlantic Real Estate, LLC, Bangi Inc., and Shumake and they were terminated as parties in this action. (ECF Nos. 54, 55.) On August 5, 2024, Plaintiff filed a notice of voluntary dismissal dismissing the remainder of this action without prejudice. (ECF No. 56.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "a plaintiff has an

absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). Here, Defendant Petrescu has filed an answer, so Plaintiff cannot voluntarily dismiss the action against him pursuant to Rule 41(a)(1)(A)(i).

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

A party may also dismiss an action by filing a motion requesting the Court to dismiss the action. Fed. R. Civ. P. 41(a)(2). A motion for voluntary dismissal under Rule 41(a)(2) is addressed to the sound discretion of the district court. Hamilton v. Firestone Tire & Rubber Co. Inc., 679 F.2d 143, 145 (9th Cir. 1982).

Plaintiff's notice of voluntary dismissal is defective under Rule 41(a) because it is not a signed stipulation by all parties who have appeared and it is not a motion under Rule 41(a)(2). If Plaintiff wishes to dismiss this action, he is required to comply with the procedures set forth in Rule 41 by filing a stipulation that complies with Rule 41(a)(1)(A)(ii) or a motion under Rule 41(a)(2).

Accordingly, Plaintiff's notice of voluntary dismissal is HEREBY DISREGARDED. Plaintiff shall file a request for dismissal that complies with Rule 41 within **fourteen (14) days** from the date of entry of this order.

IT IS SO ORDERED.

Dated:  **August 5, 2024**

UNITED STATES MAGISTRATE JUDGE