# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY CARTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT PETRESCU, et al.,<br><br>　　　　Defendants. | Case No.  1:23-cv-01775-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Docs. 59, 60, 65) |

On December 27, 2023, Plaintiff Jeffrey Carter filed this putative class action. Doc. 1. On August 6, 2024, Defendant Vincent Petrescu—the only defendant to have appeared in this action—filed a motion to dismiss pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. Doc. 59. On August 8, 2024, Plaintiff filed a motion for voluntary dismissal pursuant to Rule 41(a)(2). Doc. 60. The motions were referred to the assigned United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Doc. 61.

On September 11, 2024, the magistrate judge filed findings and recommendations recommending that Plaintiff's Rule 41 motion be granted and Defendant Petrescu's motion to dismiss be denied as moot. Doc. 65. The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days from the date of service. *Id.* No objections were filed, and the time to do so has passed. *See* docket.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued September 11, 2024, Doc. 65, are ADOPTED IN FULL;
2. Plaintiff's motion to dismiss the action without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Doc. 60, is GRANTED;
3. Defendant Petrescu's motion to dismiss, Doc. 59, is DENIED AS MOOT; and
4. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   October 17, 2024

_____
UNITED STATES DISTRICT JUDGE

2