## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**JEFFREY CARTER,**

CASE NO: **1:23–CV–01775–KES–SAB**

v.

**VICENT PETRESCU, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/18/2024**


**Keith Holland**
Clerk of Court

ENTERED: **October 18, 2024**

by: /s/ T. Lundstrom
Deputy Clerk